THE STATE EX REL. RUSSELL, APPELLANT, *v.* RESTAURANT EQUIPPERS, INC., APPELLEE; INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Russell v. Restaurant Equippers, Inc.* (1998), 83 Ohio St.3d 547.]

(No. 98–402—Submitted September 15, 1998—Decided November 10, 1998.)

---

*Barkan & Neff, L.P.A.,* and *Robert E. DeRose,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cordelia A. Glenn,* Assistant Attorney General, for appellees Industrial Commission et al.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.